# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2021-3532
_____

WALTON COUNTY, FLORIDA,

Appellant/Cross-Appellee,

v.

ALAN R. GIBSON; N. HENRY
DAVIS, JASMIN DUNES PROPERTY
OWNERS ASSOCIATION, INC.;
KENNETH J. SHAIA; WILLIAM D.
ARTHUR, III; W. CHARLES
DELAOCH, JR.; KENT H.
WALLACE AND SUZAN JILL
WALLACE, Co-Trustees of the
Kent H. Wallace Trust U/A; and
CARL GRIVNER, as Trustee of the
Carl Grivner Trust,

Appellees/Cross-Appellants.

_____


On appeal from the Circuit Court for Walton County.
David W. Green, Judge.


March 27, 2024


PER CURIAM.

AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David A. Theriaque, Benjamin R. Kelley, Theriaque & Spain, Tallahassee, for Appellant/Cross-Appellee.

D. Kent Safriet, Mohammad O. Jazil, Edward M. Wenger, and Michael Beato, Holtzman, Vogel, Baran, Torchinsky & Josefiak, PLLC, Tallahassee; and Dana C. Matthews, Matthews & Jones, LLP, Destin; for Appellees/Cross-Appellants.